KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Acting Chief, Criminal Division

ROBERT D. REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7109
    Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 05-00441 MAG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR SUMMONS** |
| PAULA HAWKINS, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Zachary W. Prager, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Paula Hawkins appear on **October 17, 2005 at 1:00 p.m.** before Magistrate Judge Nandor Vadas to answer the Information that has been filed by the United States Attorney. Judge Vadas sits in Eureka, California 95502, at 514 H Street.

**IT IS SO ORDERED.**

Dated: August 18, 2005

                                      BERNARD ZIMMERMAN
                                      United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00441 MAG