KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ZACHARY D. BIRD (CSBN 222656)
Special Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California  94102

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 05-00441 NJV |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| PAULA M. HAWKINS, ) | |
| ) | |
| Defendant. ) | |

   On October 17, 2005, the parties in this case appeared before the Court for an initial appearance, arraignment, and identification of counsel.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from October 17, 2005 to November 28, 2005 for continuity of counsel and for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the

Stipulation and [Proposed] Order

1  public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3                                              KEVIN V. RYAN
                                               United States Attorney
4

5  DATED: October 24, 2005              _____/S/_____
                                               ZACHARY D. BIRD
6                                              Special Assistant United States Attorney

7
   DATED: October 24, 2005              _____/S/_____
8                                              ANDREW TRUITT
                                               Attorney for Ms. Hawkins
9

10
       As the Court found on October 17, 2005, and for the reasons stated above, the Court finds
11
   that an exclusion of time between October 17, 2005 and November 28, 2005 is warranted and
12
   that the ends of justice served by the continuance outweigh the best interests of the public and
13
   the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the
14
   requested continuance would deny Ms. Hawkins continuity of counsel and would deny defense
15
   counsel the reasonable time necessary for effective preparation, taking into account the exercise
16
   of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
17

18
   SO ORDERED.
19
   DATED:  11/2/05                       _____
20                                              NANDOR J. VADAS
                                               United States Magistrate Judge
21

Stipulation and [Proposed] Order