KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ZACHARY D. BIRD (CSBN 222656)
Special Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>          Plaintiff,                              )<br>                                                                )<br>     v.                                                      )<br>                                                                )<br>PAULA M. HAWKINS,                       )<br>                                                                )<br>          Defendant.                           )<br>_____) | CR No.: 05-00441 NJV<br><br>STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME |

    On October 17, 2005, the parties in this case appeared before the Court for an initial appearance, arraignment, and identification of counsel.  On December 19, 2005, the parties in this case appeared before the Court for a pretrial conference.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 19, 2005 to January 23, 2006 for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the continuance was for the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that

the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

              KEVIN V. RYAN
              United States Attorney

DATED: January 12, 2006      _____/S/_____
              ZACHARY D. BIRD
              Special Assistant United States Attorney

DATED: January 12, 2006      _____/S/_____
              ANDREW TRUITT
              Attorney for Ms. Hawkins

  As the Court found on December 19, 2005, and for the reasons stated above, the Court finds that an exclusion of time between December 19, 2005 and January 23, 2006 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny Ms. Hawkins continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 1/17/06          _____
              NANDOR J. VADAS
              United States Magistrate Judge

Stipulation and [Proposed] Order